IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| DOLLIES PLAYHOUSE, INC., ) | |
| DEBTOR, ) | |
| ) | |
| NATHAN EGGEMEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-097-WDS |
| ) | |
| DOLLIES PLAYHOUSE, INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court for docket control. On April 16, 2007, the Court denied petitioner's motion for leave to appeal and motion to proceed on appeal in forma pauperis (Doc. 5), on petitioner's appeal of the bankruptcy proceeding. In light of this ruling, the Court **DIRECTS** the Clerk of the Court to enter judgment and close this case. This is a final and appealable order.

**IT IS SO ORDERED.**

**DATED:** June 12, 2007.

s/ WILLIAM D. STIEHL
DISTRICT JUDGE